Abatement Order filed April 18, 2013



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-12-00084-CV**

_____

**KEN BIGHAM AND TRACY HOLLISTER, Appellant**

**V.**

**SOUTHEAST TEXAS ENVIRONMENTAL, LLC, ET AL, Appellee**

---

**On Appeal from the 80th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2007-55020**

---

## ABATEMENT ORDER

On April 15, 2013, the parties filed a joint motion for stay of appeal for mediation. The motion is granted. Accordingly, we issue the following order.

The appeal is abated, treated as a closed case, and removed from this court's active docket for sixty (60) days from the date of this order. The appeal will be reinstated on this court's active docket at that time, or when the parties file a motion to dismiss the appeal or other dispositive motion. The court will also

consider an appropriate motion to reinstate the appeal filed by either party, or the court may reinstate the appeal on its own motion.

The parties joint motion for an extension of time to file their briefs is denied as moot.  Briefs will be set due when the appeal is reinstated.


PER CURIAM